AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID
11706679

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00258 |
| TRAYON WHITE, SR. | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 8/16/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TRAYON WHITE, SR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 201(b)(2)    Bribery

Date: 08/16/2024

Zia M. Faruqui
2024.08.16
14:36:48 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/16/24, and the person was arrested on *(date)* 8/18/24
at *(city and state)* Washington, DC

Date: 8/19/24

*Arresting officer's signature*

Luke Brost, Special Agent
*Printed name and title*